UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA ISABEL IBARRA, et al., | Case No. 2:15-cv-01479-RFB-PAL |
| Plaintiffs, | ORDER |
| v. | |
| RMC&S CORP., et al., | |
| Defendants. | |

Before the court is the parties' Notice of Settlement, and Request and Order for Stay of Proceedings (Dkt. #48), where the parties advise that they have reached a settlement in principle. The parties request that the court stay all proceedings until the court issues an order upon Plaintiff's anticipated motion for approval of proposed settlement.

**IT IS ORDERED** that a temporary stay is entered, and the parties shall have until **April 18, 2016,** to file a joint motion for approval of their proposed settlement.

DATED this 10th day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE